NUMBER 13-09-00539-CV
 
COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________
 
IN RE THE TORO COMPANY
____________________________________________________________

On Petition for Writ of Mandamus.
____________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam




          Relator, The Toro Company, filed a petition for writ of mandamus in the above
cause on September 24, 2009. The parties herein have now filed an “Agreed Motion to
Dismiss Petition for Writ of Mandamus.” 
          The Court, having considered the documents on file and the agreed motion to
dismiss this original proceeding, is of the opinion that the motion should be granted. 
Accordingly, the stay previously imposed by this Court is LIFTED and this original
proceeding is DISMISSED without reference to the merits thereof. See Tex. R. App. P.
52.10(b) (“Unless vacated or modified, an order granting temporary relief is effective until
the case is finally decided.”). Pending motions, if any, are likewise DISMISSED.
          IT IS SO ORDERED. 
                                                                                      PER CURIAM
 
Delivered and filed this
8th day of April, 2010.